IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00182-BNB

JOHN ERIC SANDLES,

    Plaintiff,

v.

WARDEN RIOS, et al.,
WARDEN SCIBANA, FCI - Oxford, Oxford, WI.,
WARDEN MCFADDEN, FMC - Springfield, MO.,
MR. KLAWITTER, FCI - Oxford, Oxford, WI.,
MS. SPENCER, FCI - Oxford, Oxford, WI.,
DR. REED, FCI - Oxford, Oxford, WI.,
MR. FAYTONG, FCI - Oxford, WI.,
MS. DRUIDS, FCI - Oxford, WI.,
MR. FUENTEZ, Nurse, FCI - Oxford, Oxford, WI.,
MR. SALAS, Captain, FCI - Oxford, Oxford, WI.,
MR. JONES, Chaplin, FCI - Oxford, Oxford, WI.,
MR. VAUGHT, Ccorrection [sic] Officer, FCI - Oxford, WI.,
MR. MOORE, Lt., FCI - Oxford, Oxford, WI.,
DR. DIELH, Lt., FCI - Florence, CO.,
MR. TODD, Lt., FCI - Florence, CO.,
MR. BAHRENS, Lt., FCI - Florence, CO.,
MS. VELENQUEZ, Counselor, FCI - Florence, CO.,
MR. LEE, Mailroom, FCI - Florence, CO.,
MR. NELSON, Mailroom, FCI - Florence, CO.,
MR. RICHARDS, Lt., FCI - Springfield, MO.,
UNKNOWN NAME, Captain, FCI - Springfield, MO.,
MR. PEARSON, Doctor, FCI - Springfield, MO.,
UNKNOWN THERAPIST, FCI – Springfield, MO.,
MR. HAZZELWOOD, Doctor, FCI - Springfield, MO.,
MS. RICHARDS, Lt., FCI - Springfield, MO., and
MS. JONES, Correction Officer, FCI - Springfield, MO.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
                       CLERK

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On February 2, 2006, the Court entered an Order directing Plaintiff to cure the deficiencies in the instant action. Plaintiff was instructed to submit a certified copy of

his trust fund account statement, to use a current Prisoner Complaint form, and to list the same named Defendants in the text of the Complaint that are listed in the caption.

On February 13, Plaintiff submitted a copy of his account statement and a Prisoner Complaint form. The account statement, however, is not certified. Furthermore, the Prisoner Complaint form simply is a copy of the form Plaintiff submitted to the Court on January 23, 2006. Plaintiff failed to file the claims on a current Court-approved form and to list the same names on Page Two of the Complaint form that are listed in the caption.

Again, the Court will direct Plaintiff to submit to the Court a certified copy of his trust fund account statement, to use a current Court-approved form, and to list all the **same** named Defendants on Page Two of the Complaint form, Section A., that are listed in the caption on Page One. Accordingly, it is

ORDERED that Plaintiff cure the above-designated deficiencies within thirty days of the date of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Prisoner Complaint form. It is

FURTHER ORDERED that if Plaintiff fails to comply within thirty days of the date of this Order the Complaint and action will be dismissed without further notice.

DATED February 16, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00182-BNB

John Eric Sandles
Reg. No. 22367-086
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 2/16/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk