IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00182-BNB

JOHN ERIC SANDLES,

    Plaintiff,

v.

WARDEN RIOS, et al.,
WARDEN SCIBANA, FCI - Oxford, Oxford, WI.,
WARDEN MCFADDEN, FMC - Springfield, MO.,
MR. KLAWITTER, FCI - Oxford, Oxford, WI.,
MS. SPENCER, FCI - Oxford, Oxford, WI.,
DR. REED, FCI - Oxford, Oxford, WI.,
MR. FAYTONG, FCI - Oxford, WI.,
MS. DRUIDS, FCI - Oxford, WI.,
MR. FUENTEZ, Nurse, FCI - Oxford, Oxford, WI.,
MR. SALAS, Captain, FCI - Oxford, Oxford, WI.,
MR. JONES, Chaplin, FCI - Oxford, Oxford, WI.,
MR. VAUGHT, Ccorrection [sic] Officer, FCI - Oxford, WI.,
MR. MOORE, Lt., FCI - Oxford, Oxford, WI.,
DR. DIELH, Lt., FCI - Florence, CO.,
MR. TODD, Lt., FCI - Florence, CO.,
MR. BAHRENS, Lt., FCI - Florence, CO.,
MS. VELENQUEZ, Counselor, FCI - Florence, CO.,
MR. LEE, Mailroom, FCI - Florence, CO.,
MR. NELSON, Mailroom, FCI - Florence, CO.,
MR. RICHARDS, Lt., FCI - Springfield, MO.,
UNKNOWN NAME, Captain, FCI - Springfield, MO.,
MR. PEARSON, Doctor, FCI - Springfield, MO.,
UNKNOWN THERAPIST, FCI – Springfield, MO.,
MR. HAZZELWOOD, Doctor, FCI - Springfield, MO.,
MS. RICHARDS, Lt., FCI - Springfield, MO., and
MS. JONES, Correction Officer, FCI - Springfield, MO.,

    Defendants.

**ORDER**

On March 17, 2006, Plaintiff John Eric Sandles submitted a Letter to the Court. At the top of the Letter on Page One, Plaintiff notes Case Nos. 06-cv-00355-BNB and 06-cv-00182-BNB. Plaintiff is directed to refrain from filing a single document that is captioned with multiple civil action numbers. He also is instructed to file in a court action only that which pertains to the action.

For the most part, the March 17 Letter addresses Plaintiff's conditions of confinement. Plaintiff requests that the Court consider the Letter as a request for a temporary restraining order and also as a request that the Letter be construed as an amendment to his habeas action.

Mr. Sandles' March 17 Letter contains information that more appropriately is included in a Complaint and should be presented to the Court on a Court-approved Prisoner Complaint form. Furthermore, even if the Court were to consider Plaintiff's Letter as an amended complaint, an amended complaint supersedes an original complaint. *See Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Fogarty*, 705 F.2d 676 (2$^{d}$ Cir. 1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981). Plaintiff's attempt to amend in the March 17 Letter, therefore, is insufficient, as an amended complaint must include all the information requested on the Court-approved form.

Mr. Sandles also is directed to refrain from filing Letters with the Court that simply include additional claims. Furthermore, if Mr. Sandles intends to file a request for a temporary restraining order he must name parties to the action in the request and

assert specific reasons why a restraining order should be granted against the named parties.  Accordingly, it is

ORDERED that Plaintiff is to refrain from filing Letters in the instant action that simply contain additional claims.  It is

FURTHER ORDERED that if Plaintiff seeks a temporary restraining order he must name parties to the action in the request and assert specific reasons why a restraining order should be granted against the named parties.

DATED March 23, 2006, at Denver, Colorado.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00182-BNB

John Eric Sandles
Reg. No. 22367-086
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _3-23-06_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk