IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00182-BNB

JOHN ERIC SANDLES,

    Plaintiff,

v.

WARDEN RIOS, et al.,
WARDEN SCIBANA, FCI - Oxford, Oxford, WI.,
WARDEN MCFADDEN, FMC - Springfield, MO.,
MR. KLAWITTER, FCI - Oxford, Oxford, WI.,
MS. SPENCER, FCI - Oxford, Oxford, WI.,
DR. REED, FCI - Oxford, Oxford, WI.,
MR. FAYTONG, FCI - Oxford, WI.,
MS. DRUIDS, FCI - Oxford, WI.,
MR. FUENTEZ, Nurse, FCI - Oxford, Oxford, WI.,
MR. SALAS, Captain, FCI - Oxford, Oxford, WI.,
MR. JONES, Chaplin, FCI - Oxford, Oxford, WI.,
MR. VAUGHT, Ccorrection [sic] Officer, FCI - Oxford, WI.,
MR. MOORE, Lt., FCI - Oxford, Oxford, WI.,
DR. DIELH, Lt., FCI - Florence, CO.,
MR. TODD, Lt., FCI - Florence, CO.,
MR. BAHRENS, Lt., FCI - Florence, CO.,
MS. VELENQUEZ, Counselor, FCI - Florence, CO.,
MR. LEE, Mailroom, FCI - Florence, CO.,
MR. NELSON, Mailroom, FCI - Florence, CO.,
MR. RICHARDS, Lt., FCI - Springfield, MO.,
UNKNOWN NAME, Captain, FCI - Springfield, MO.,
MR. PEARSON, Doctor, FCI - Springfield, MO.,
UNKNOWN THERAPIST, FCI – Springfield, MO.,
MR. HAZZELWOOD, Doctor, FCI - Springfield, MO.,
MS. RICHARDS, Lt., FCI - Springfield, MO., and
MS. JONES, Correction Officer, FCI - Springfield, MO.,

    Defendants.

**ORDER**

On March 23, 2006, Mr. Sandles was directed to refrain from filing Letters with the Court that simply include additional claims. Since March 23, contrary to the direction of the Court, Mr. Sandles has filed two Letters with the Court. One of the Letters is dated April 6, 2006, and the other is dated April 18, 2006. In the April 6 Letter, Mr. Sandles refers to information stated in the Court's March 23, 2006, Order. The Court, therefore, finds that Mr. Sandles has received the March 23 Order and is aware of the Court's instruction to refrain from filing Letters with the Court.

Mr. Sandles April 6 and 18, 2006, Letters are inappropriate correspondence with the Court. The Letters are addressed to a judge and contain additional claims and unnecessary narratives of ongoing incidents involving Mr. Sandles. The April 6 Letter has attached to it a letter to a Mr. Zono. The April 18, 2006, Letter has attached to it what appears to be Plaintiff's attempt to raise habeas corpus issues. The information regarding habeas corpus issues is not pertinent to the instant case. The letter to Mr. Zono is simply additional information about the claims Plaintiff raises.

Plaintiff is instructed again that the proper manner in which to communicate with the Court is by filing an action and by filing proper pleadings in the action, including motions. The only filing that Plaintiff is to submit to the Court at this time is the $9.00 initial partial filing fee.

To the extent that Plaintiff states in the April 18 Letter that his correspondence to this Court and to the United States Court of Appeals for the Sixth Circuit (Sixth Circuit) are being delayed or circumvented by the prison mail room, his claims are unfounded. Plaintiff has been afforded access to this Court. The Court has received an abundance

of filings in the instant action. Furthermore, Mr. Sandles recently initiated a 28 U.S.C. § 2241 action in this Court.

The Court also has reviewed the docket in the Sixth Circuit and finds that Plaintiff has been able to file several documents in each of the two cases, Case Nos. 02-2466 and 02-2492, that are pending in the Sixth Circuit. The Court further finds that Mr. Sandles recently filed two civil rights cases, Case Nos. 06-C-0155-S and 06-C-0211-S, in the United States District Court for the District of Wisconsin.

The Court also notes that Mr. Sandles is not a stranger to the federal courts. **See Sandles v. Scott**, 01-cv-00850-TWT (N.D. Ga. Dec. 19, 2001) (dismissed as frivolous); **Sandles v. Randa, et al.**, No. 96-cv-01399-MLG (E.D. Wis. Jan. 30, 1997) (dismissed pursuant to 28 U.S.C. § 1915A); **Sandles v. Randa, et al.**, No. 96-cv-01183-JPS (E.D. Wis. Nov. 15, 1996); **Sandles v. Clark, et al.**, No. 96-cv-00696-EMK-DB (M.D. Pa. June 17, 1996) (dismissed as frivolous). Mr. Sandles has filed more than just the four civil rights cases listed above. The Court finds that he has filed at least twenty-five civil rights cases while he has been incarcerated, three of which noted above were dismissed as frivolous.

Mr. Sandles filings in the instant case border on being malicious and abusive. If he continues to inundate the Court with his unnecessary letters he will be subject to sanctions. As stated above, the only filing Mr. Sandles is to send to the Court at this time is the $9.00 initial partial filing fee.

To the extent that Mr. Sandles has requested in the Letter of April 18, 2006, an extension of time to submit the $9.00 filing fee, the request is granted. Plaintiff will have

until May 10, 2006, to pay the initial fee. If he fails to pay the fee within the time allowed, the Complaint and action will be dismissed without further notice.

The Court further notes that Mr. Sandles is subject to the three strikes provision under 28 U.S.C. § 1915(g). Plaintiff has been allowed to proceed pursuant to § 1915 in the instant case due to his claim of immediate danger of serious physical injury. If upon a review of the merits of Mr. Sandles' Complaint the Court finds no immediate danger Mr. Sandles will be required to pay the filing fee in full. Accordingly, it is

ORDERED that Plaintiff is to refrain from filing Letters in the instant action that simply contain additional claims and that are narratives of incidents involving Mr. Sandles. It is

FURTHER ORDERED that if Plaintiff continues to file unnecessary and redundant letters he may be subject to sanctions. It is

FURTHER ORDERED that the only filing Mr. Sandles is to send to the Court at this time is the $9.00 initial partial filing fee. It is

FURTHER ORDERED that Plaintiff is granted an extension of time until May 10, 2006, to pay the $9.00 initial partial filing fee. It is

FURTHER ORDERED that if Plaintiff fails to pay the initial partial filing fee by May 10, 2006, the Complaint and action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff a copy of the docket in the instant case.

DATED April 24, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00182-BNB

John Eric Sandles
Reg. No. 22367-086
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the docket sheet for case no. 06-cv-00182-BNB** to the above-named individuals on   4-24-06  

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk