IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00182-BNB

JOHN ERIC SANDLES,

    Plaintiff,

v.

WARDEN RIOS, et al.,
WARDEN SCIBANA, FCI - Oxford, Oxford, WI.,
WARDEN MCFADDEN, FMC - Springfield, MO.,
MR. KLAWITTER, FCI - Oxford, Oxford, WI.,
MS. SPENCER, FCI - Oxford, Oxford, WI.,
DR. REED, FCI - Oxford, Oxford, WI.,
MR. FAYTONG, FCI - Oxford, WI.,
MS. DRUIDS, FCI - Oxford, WI.,
MR. FUENTEZ, Nurse, FCI - Oxford, Oxford, WI.,
MR. SALAS, Captain, FCI - Oxford, Oxford, WI.,
MR. JONES, Chaplin, FCI - Oxford, Oxford, WI.,
MR. VAUGHT, Ccorrection [sic] Officer, FCI - Oxford, WI.,
MR. MOORE, Lt., FCI - Oxford, Oxford, WI.,
DR. DIELH, Lt., FCI - Florence, CO.,
MR. TODD, Lt., FCI - Florence, CO.,
MR. BAHRENS, Lt., FCI - Florence, CO.,
MS. VELENQUEZ, Counselor, FCI - Florence, CO.,
MR. LEE, Mailroom, FCI - Florence, CO.,
MR. NELSON, Mailroom, FCI - Florence, CO.,
MR. RICHARDS, Lt., FCI - Springfield, MO.,
UNKNOWN NAME, Captain, FCI - Springfield, MO.,
MR. PEARSON, Doctor, FCI - Springfield, MO.,
UNKNOWN THERAPIST, FCI – Springfield, MO.,
MR. HAZZELWOOD, Doctor, FCI - Springfield, MO.,
MS. RICHARDS, Lt., FCI - Springfield, MO., and
MS. JONES, Correction Officer, FCI - Springfield, MO.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 26 2006

GREGORY C. LANGHAM
                CLERK

---

## ORDER OVERRULING OBJECTIONS

On June 9, 2006, Mr. Sandles filed a document titled "Combined Motions." Attached to the document is a Letter addressed to Senior Judge Zita L. Weinshienk. In the Letter, Plaintiff requests that Magistrate Judge Boyd N. Boland recuse himself from the instant action. To the extent that Plaintiff asks the Court to oversee the recusal of Magistrate Judge Boland, the Court will construe the request as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A).

Under § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed with great detail each of the orders Magistrate Judge Boland has entered in the instant action, and concludes that Magistrate Judge Boland's orders are not clearly erroneous or contrary to law.

In the June 9, 2006, Letter, Mr. Sandles again attempts to assert additional claims. He was instructed, on March 23, 2006, to refrain from filing letters with the Court that simply include additional claims. Again, Mr. Sandles is directed to refrain from inundating the Court with additional claims. The proper manner in which to present claims to the Court is by presenting claims in a Prisoner Complaint form that is filed with the Court.

Mr. Sandles also appears to believe that orders issued and signed with a typed signature are not entered by a judge. Pursuant to the Electronic Case Filing Procedures for the District of Colorado (Civil Cases) (Effective January 9, 2006), under Section V.(N)(2), "[a]ny order . . . filed electronically without the manual signature of a judicial officer . . . has the same force and effect as if the judicial officer . . . had signed

a paper copy of the order and it had been entered on the docket . . . ." Each of the orders entered in the instant case was processed electronically, and each was entered by Magistrate Judge Boland. The Clerk of the Court has not entered any orders in this case.

As for Mr. Sandles complaint that the payment of $241.00, although submitted to the Court on May 10, 2006, was not filed until May 25, 2006, the complaint is without basis. Upon review of the Court's Docket, the Court finds that a payment of $241.00 was filed on May 10, 2006, not May 25, 2006.

Mr. Sandles indicates that he is being moved to another prison facility. Therefore, the Court will grant Mr. Sandles request for an extension of time to file an Amended Complaint. Again, as ordered by Magistrate Judge Boland, Mr. Sandles is reminded that the only pleading that will be accepted by the Court at this time is a properly Amended Complaint. Accordingly, it is

ORDERED that Applicant's Combined Motion and Letter, filed June 9, 2006, are construed as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and are overruled. It is

FURTHER ORDERED that Plaintiff's request for an extension of time to file an Amended Complaint is granted. It is

FURTHER ORDERED that Plaintiff file by August 14, 2006, an Amended Prisoner Complaint in keeping with Magistrate Judge Boyd N. Boland's May 25, 2006, Order. It is

3

FURTHER ORDERED that if Plaintiff fails to comply with this Order, to the Court's satisfaction, the Complaint and the action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this 26 day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00182-BNB

John Eric Sandles
Reg. No. 22367-086
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6-26-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk